**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Kianna Marie McFayden**                                              Case No.

                    Debtor(s)                                                              Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

**Plan Summary**

A. The Debtor's Plan Payment will be _____**Variable Payments**_____, paid by  ☑ Pay Order or ☐ Direct Pay for _____**60 months**_____. The gross amount to be paid into the plan is _____**$120,000.00**_____.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **100%**___ of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is _____**$5,627.62**_____.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

**Plan Provisions**

**I. Vesting of Estate Property**

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☑ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

Form 11/7/05        *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Kianna Marie McFayden**     Case No.

Debtor(s)     Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| AAFES<br>Refrigerator and Bedroom Suite | $30.00 | |
| Chrysler Capital<br>2014 Dodge Charger | $100.00 | |
| USAA Federal Savings Bank<br>2014 Dodge Durango | $100.00 | |

## III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| Aarons Rent to Own | Rent to Own Contract - 2 Bedroom Suites, Washer and Dryer - direct pay | Assumed | No |
| Sprint PCS | Cell Phone Contract - Direct Pay | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Kianna Marie McFayden**                                                    Case No.

                                    Debtor(s)                                                               Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| AAFES Refrigerator and Bedroom Suite | $3,100.00 | $2,000.00 | Pro-Rata | 4.25% | $2,221.93 | |

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____**February 25, 2015**_____ ."

**/s/ Kianna Marie McFayden**                                                _____
Debtor                                                                                          Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Kianna Marie McFayden**      Case No.

Debtor(s)      Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

## VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Great Lakes Higher Education | | $3,400.00 | |
| SWBC Mortgage Homestead | | $211,400.00 | $1,474.45 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

**2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS**

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| James O. Cure, Attorney at Law | $2,700.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| | | | |

Form 11/7/05     *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| IN RE: **Kianna Marie McFayden** | Case No. |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*  ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| SWBC Mortgage Homestead | $12,000.00 | $212,000.00 | Pro-Rata | 0% | $12,000.00 | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| AAFES Refrigerator and Bedroom Suite | $3,100.00 | $2,000.00 | Pro-Rata | 4.25% | $2,221.93 | |
| Chrysler Capital 2014 Dodge Charger | $33,400.00 | $24,300.00 | Pro-Rata | 4.25% | $37,106.36 | Pay claim amount |
| USAA Federal Savings Bank 2014 Dodge Durango | $40,500.00 | $35,300.00 | Pro-Rata | 4.25% | $44,994.26 | Pay claim amount |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately __**100%**__ of their allowed claims.

Form 11/7/05       *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Kianna Marie McFayden**　　　　　　　　　　　　　　　　Case No.

　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☐ *AMENDED*　　☐ *MODIFIED*
DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 5*

---

**Totals:**

| | |
|---|---:|
| Administrative Claims | **$2,700.00** |
| Priority Claims | **$0.00** |
| Arrearage Claims | **$12,000.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$75,900.00** |
| Unsecured Claims | **$8,500.00** |

### VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

**Sale of Homestead Property:**

The Debtors are the owners of real property described in Schedule A herein. This property is their homestead and is claimed as exempt herein. If there are no objections to this exemption, or to this provision, within the time for so doing, then the Debtors shall be authorized to sell the property without the necessity of a Court hearing. The proceeds of any such sale shall be applied to the costs of the sale, any outstanding liens against the property, any tax liens against the property and all remaining proceeds shall be paid to the Debtors as the proceeds of the sale of exempt property. The Debtors shall provide a copy of the closing statement to the Trustee within ten days of closing.

**Property Taxes:**

The Debtors are the owners of real property located in Bell County, Texas, which property is their homestead and is claimed as exempt herein. The Debtors' ad valorem taxes are included in their monthly mortgage payments. Any claim for 2015 ad valorem taxes shall be treated as a post-petition indebtedness and will be paid directly, outside the Debtors' plan.

**ACCEPTANCE OF/REJECTION OF/OBJECTION TO THE PLAN**

ACCEPTANCE OF/REJECTION OF/OBJECTION TO THE PLAN BY HOLDERS OF ALLOWED SECURED CLAIMS PROVIDED FOR BY THE PLAN

EACH HOLDER OF AN ALLOWED SECURED CLAIM PROVIDED FOR BY THE PLAN SHALL BE DEEMED TO HAVE ACCEPTED THE PLAN UNLESS SUCH HOLDER FILES A WRITTEN REJECTION OF THE PLAN NO LATER THAN 10 DAYS PRIOR TO THE CONFIRMATION HEARING DATE. IF THE HOLDER OF AN ALLOWED SECURED CLAIM FILES AN OBJECTION TO CONFIRMATION OF THE PLAN AND DOES NOT OTHERWISE REJECT THE PLAN, SAID HOLDER SHALL BE DEEMED TO HAVE ACCEPTED THE PLAN IN ALL RESPECTS EXCEPT THOSE SPECIFICALLY RAISED IN THE OBJECTION TO CONFIRMATION. ALL WRITTEN NOTICES OF REJECTION OF THE PLAN SHALL BE FILED AND SERVED IN THE SAME MANNER AS OBJECTIONS TO CONFIRMATION.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Kianna Marie McFayden**  Case No.

Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 6*

**Provision Regarding Payment of Attorney Fees**

The Trustee shall make distribution of the base attorney fees at the maximum amount permitted under the First Standing Order Relating to Chapter 13 Case Administration under BAPCPA in the El Paso and Waco Divisions of November 8, 2005, Paragraph 6(B), as amended January 23, 2007.

**Creditor's Direct Communication with Debtors**

Creditors whose claims are scheduled to be paid directly by the Debtor(s), including creditors with claims secured by real property or vehicles, are authorized to send monthly statements to the debtor(s). They are also authorized to communicate directly with the Debtor(s) in response to Debtor(s) questions about monthly payments, escrow accounts, account balances, increases in monthly payments and other routine customer service inquires.

**Affirmation of Value on Refrigerator and Bedroom Suite**

By her signature below, the Debtor does hereby affirm as follows: that the Debtor is over the age of 18 and is qualified to make this statement; that the Debtor has an account with AAFES - Take it Home Today, which is a revolving charge account opened in 2009. That in January, 2014, the Debtor purchased a refrigerator for approximately $2,000.00 and a bedroom suite for approximately $2,000.00. The Debtor has possession of the refrigerator and bedroom suite and believes that their current market value is $2,000.00 which is based on sales prices in local newspaper and internet advertisements and resale shops.

Respectfully submitted this date: __2/25/2015_____.

/s/ James O. Cure
James O. Cure
2584 Blue Meadow Drive
Temple, TX 76502
Phone: (254) 690-8839 / Fax: (254) 690-1237
(Attorney for Debtor)

/s/ Kianna Marie McFayden
Kianna Marie McFayden
3500 Breeder Lane
Killeen, TX 76549
(Debtor)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Kianna Marie McFayden**            CASE NO

*Debtor(s)*            CHAPTER    **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $1,500.00 | 21 | $2,100.00 | 41 | $2,100.00 |
| 2 | $1,500.00 | 22 | $2,100.00 | 42 | $2,100.00 |
| 3 | $1,500.00 | 23 | $2,100.00 | 43 | $2,100.00 |
| 4 | $1,500.00 | 24 | $2,100.00 | 44 | $2,100.00 |
| 5 | $1,500.00 | 25 | $2,100.00 | 45 | $2,100.00 |
| 6 | $1,500.00 | 26 | $2,100.00 | 46 | $2,100.00 |
| 7 | $1,500.00 | 27 | $2,100.00 | 47 | $2,100.00 |
| 8 | $1,500.00 | 28 | $2,100.00 | 48 | $2,100.00 |
| 9 | $1,500.00 | 29 | $2,100.00 | 49 | $2,100.00 |
| 10 | $1,500.00 | 30 | $2,100.00 | 50 | $2,100.00 |
| 11 | $2,100.00 | 31 | $2,100.00 | 51 | $2,100.00 |
| 12 | $2,100.00 | 32 | $2,100.00 | 52 | $2,100.00 |
| 13 | $2,100.00 | 33 | $2,100.00 | 53 | $2,100.00 |
| 14 | $2,100.00 | 34 | $2,100.00 | 54 | $2,100.00 |
| 15 | $2,100.00 | 35 | $2,100.00 | 55 | $2,100.00 |
| 16 | $2,100.00 | 36 | $2,100.00 | 56 | $2,100.00 |
| 17 | $2,100.00 | 37 | $2,100.00 | 57 | $2,100.00 |
| 18 | $2,100.00 | 38 | $2,100.00 | 58 | $2,100.00 |
| 19 | $2,100.00 | 39 | $2,100.00 | 59 | $2,100.00 |
| 20 | $2,100.00 | 40 | $2,100.00 | 60 | $2,100.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Kianna Marie McFayden**            CASE NO.
*Debtor*

                                                             CHAPTER    **13**
*Joint Debtor*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 25, 2015, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

                              **/s/ James O. Cure**
                              James O. Cure
                              Bar ID:05252800
                              James O. Cure, Attorney at Law
                              2584 Blue Meadow Drive
                              Temple, TX 76502
                              (254) 690-8839

| | | |
|---|---|---|
| AAFES<br>xxxxxxxxxxx5994<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell, Ste. 200<br>Tucson, AZ 85712 | Credit One Bank<br>xxxx-xxxx-xxxx-0593<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 | Ray Hendren, Trustee<br>3410 Far West Blvd., Ste. 200<br>Austin, TX 78731 |
| AAFES<br>xxxxxxxxxxx7551<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell, Ste. 200<br>Tucson, AZ 85712 | First Premier Bank<br>xxxx-xxxx-xxxx-1384<br>P. O. Box 5519<br>Sioux Falls, SD 57117-5519 | Rushmore Service Center<br>xxxx-xxxx-xxxx-1384<br>P.O. Box 5507<br>Sioux Falls, SD 57117-5507 |
| Armed Forces Loans<br>xxxxxxxxx123B<br>6161 S. Rainbow Blvd., #100<br>Las Vegas, NV 89118 | Great Lakes Higher Education<br>xxxxxx8242<br>P.O. Box 7860<br>Madison, WI 53707 | SWBC Mortgage<br>xxxxxx9200<br>P.O. Box 986<br>Newark, NJ 07184-0986 |
| Chrysler Capital<br>1010 West Mockingbird Lane, #100<br>Dallas, TX 75247 | Kianna Marie McFayden<br>3500 Breeder Lane<br>Killeen, TX 76549 | U. S. Attorney General/VA<br>Main Justice Bldg., Room 5111<br>10th Street & Consitution Ave, NW<br>Washington, DC 20530 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Kianna Marie McFayden**        CASE NO.
*Debtor*

       CHAPTER    **13**

*Joint Debtor*

**CERTIFICATE OF SERVICE**
(Continuation Sheet #1)

---

United States Attorney/VA
601 Northwest Loop 410, #600
San Antonio, TX 78216


USAA Federal Savings Bank
xxxxxx7196
10750 McDermott Freeway
San Antonio, TX 78288-0544


VA Regional Office
Office of the District Counsel (02)
1400 N. Valley Mills Drive
Waco, TX 76799

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kianna** | **Marie** | **McFayden** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income 12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Soldier** | |
| **Employer's name** | **DFAS - DGG- CL** | |
| **Employer's address** | **Garnishment Operations**<br>Number  Street<br>**P.O. Box 998002**<br><br>**Cleveland**  **OH**  **44199-800**<br>City  State  Zip Code | Number  Street<br><br><br>City  State  Zip Code |
| **How long employed there?** | **12 years** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $5,220.72 | |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $5,220.72 | |

Official Form B 6I  Schedule I: Your Income  page 1

Debtor 1 __Kianna_____ __Marie_____ __McFayden_____   Case number (if known) _____
         First Name      Middle Name    Last Name

|   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ➔  4. | $5,220.72 | |
| **5.** | **List all payroll deductions:** | | |
| 5a. | Tax, Medicare, and Social Security deductions  5a. | $590.47 | |
| 5b. | Mandatory contributions for retirement plans  5b. | $0.00 | |
| 5c. | Voluntary contributions for retirement plans  5c. | $0.00 | |
| 5d. | Required repayments of retirement fund loans  5d. | $0.00 | |
| 5e. | Insurance  5e. | $0.00 | |
| 5f. | Domestic support obligations  5f. | $0.00 | |
| 5g. | Union dues  5g. | $0.00 | |
| 5h. | Other deductions. Specify: See continuation sheet  5h. + | $40.80 | |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.  6. | $631.27 | |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7. | $4,589.45 | |
| **8.** | **List all other income regularly received:** | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm  8a. | $0.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends  8b. | $0.00 | |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive  8c. | $1,099.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation  8d. | $0.00 | |
| 8e. | Social Security  8e. | $0.00 | |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____  8f. | $0.00 | |
| 8g. | Pension or retirement income  8g. | $0.00 | |
| 8h. | Other monthly income. Specify: See continuation sheet  8h. + | $1,130.00 | |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.  9. | $2,229.00 | |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10. | $6,818.45 + _____ = $6,818.45 | |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. +  $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.  12.  $6,818.45
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
☑ No.   **None.**
☐ Yes. Explain:

Debtor 1  **Kianna**        **Marie**         **McFayden**_____         Case number (if known) _____
      First Name      Middle Name      Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---:|---|
| 5h. | Other Payroll Deductions (details) |  |  |
|  | **SGLI** | $29.00 |  |
|  | **AFRH** | $0.50 |  |
|  | **Tricare** | $11.30 |  |
|  | Totals: | **$40.80** |  |
| 8h. | Other Monthly Income (details) |  |  |
|  | **Pro-Rated Tax Refunds** | $480.00 |  |
|  | **Mother's contribution** | $650.00 |  |
|  | Totals: | **$1,130.00** |  |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kianna** | **Marie** | **McFayden** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses 12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

☒ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?
    ☐ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☒ Yes. Fill out this information for each dependent............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Mother** | **56 years** | ☐ No ☒ Yes |
| **Daughter** | **9 years** | ☐ No ☒ Yes |
| **Daughter** | **4 years** | ☐ No ☒ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,474.35** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$91.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | _____ |

Debtor 1 __**Kianna**_____ __**Marie**_____ __**McFayden**_____ Case number (if known) _____
        First Name         Middle Name         Last Name

    **Your expenses**

| | | | |
|---|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$225.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$130.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$75.00** |
| | 6d. Other. Specify: **Cell Phone** | 6d. | **$100.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$800.00** |
| 8. | **Childcare and children's education costs**     (See continuation sheet(s) for details) | 8. | **$530.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$165.10** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$25.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$243.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2    **Aarons - 10 months** | 17b. | **$659.00** |
| | 17c. Other. Specify: | 17c. | |
| | 17d. Other. Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | |
| | 20b. Real estate taxes | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e. Homeowner's association or condominium dues | 20e. | |

Official Form B 6J          **Schedule J: Your Expenses**          page 2

Debtor 1  **Kianna**          **Marie**              **McFayden**                    Case number (if known) _____
         First Name          Middle Name            Last Name

21. **Other.**  Specify:  **See continuation sheet** _____   21.  **+** _____ **$301.00**

22. **Your monthly expenses.**  Add lines 4 through 21.
    The result is your monthly expenses.                                     22.     _____ **$5,318.45**

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.       23a.    _____ **$6,818.45**

    23b.  Copy your monthly expenses from line 22 above.                     23b. **–** _____ **$5,318.45**

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                             23c.    _____ **$1,500.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.  Explain here:
            **None.**

| Debtor 1 | **Kianna** | **Marie** | **McFayden** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**8.** **Childcare and children's education costs (details):**
    **Child Care**      $480.00
    **School Expenses**      $50.00

    Total:      $530.00

**21.** **Other. Specify:**
    **Cable**      $100.00
    **Pet Care**      $30.00
    **Alarm/Security**      $97.00
    **Internet**      $74.00

    Total:      $301.00